TO U.S. DIST. COURT, N. DIST. FL. PENSACOLA, DIV.
U.S.
  —                    / CASE 3:14 CR 91-002/CR  MCR
HANSEN / MOTION TO COMPEL
— THIS MOTION IS NOT TO BE USED TO CREATE PERSONAL JURISDICTION OVER HANSEN.
— I NOW MOVE THE COURT ADMINISTRATOR (JUDGE) TO ORDER MY APPOINTED COUNSEL, CHRIS KLOTZ, TO ZEALOUSLY DEFEND ME, OR AID ME BY/TO MAKE THE FOLLOWING MOTIONS/CHALLENGES, THAT ARE OF RECORD BY NOTICE, BUT NOT LIMITED TO THIS LIST:

A. DETENTION HEARING.
B. BILL OF PATICULARS.
C. EVIDENCE BEFORE GRAND JURY/QUALIFIED JURORS.
D. FULL DISCLOSURE.
E. STATUTES AT LARGE.
F. ARREST THE WARRANT.
G. PERSONAL JURISDICTION CHALLENGE.
H. TERRITORIAL JURISDICTION CHALLENGE.
I. PROSECUTE 'COURT OF RECORD'.
J. SUBJECT MATTER JURISDICTION CHALLENGE.

KLOTZ HAS DONE NOTING TO AID ME THUS FAR.

12/31/14.  Paul Hansen

— PROOF OF SERVICE —
WAS MAILED TO KLOTZ 127 PALAFOX PLACE, SUITE 160, PENSACOLA, FL —AND— U.S. COURT — ONE N. PALAFOX ST., PENSACOLA, FL 32502-5658 ON 12/31/14  Paul Hansen  1 of 1

PAUL JOHN HANSEN
P.O. BOX 7129
MILTON, FL 32522

U.S. DIST. COURT, N. DIST
ONE NORTH PALAFOX STREET,
PENSACOLA, FL 32502-5658

SEALED    32502$5665

neopost
01/02/2015
US POSTAGE $00.48⁰

FIRST-CLASS MAIL
ZIP 32583
041L11250333

This mail has been generated by an inmate in the Santa Rosa County Jail and has not been censored.

PRIVILEGED