IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA PENSACOLA
DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                            Case Number: 3:14cr91/MCR

PAUL JOHN HANSEN,
    Defendant.
_____/

## Motion to Clarify Appointed Counsel's Role
(*ex parte* hearing requested)

    J. Christopher Klotz files this Motion to request he Court clarify the role of counsel concerning his legal relationship with Paul J. Hansen.  In support of this Motion, counsel presents:

    1.  Counsel was appointed by the Court to act as standby counsel for Mr. Hansen.

    2.  Counsel has been requested to undertake certain tasks that may or may not fall within the scope of a lawyer appointed to act as standby counsel.  Further, it is unclear if Mr. Hansen wishes, or does not wish, to have an attorney appointed to act fully as an attorney in fact as opposed to standby counsel.  Counsel wishes to clarify on the record the parameters of his role and to establish the role required by the Court and requested by the Client.

                                      BY:    **/es/ J. Christopher Klotz**
                                                            _____
                                                             J. CHRISTOPHER KLOTZ
                                                              ATTORNEY FOR DEFENDANT

                                                              **J. CHRISTOPHER KLOTZ**
                                                              J. Christopher Klotz, P.C.
                                                              127 Palafox PL., Suite 100
                                                              Pensacola, Florida 32502
                                                              (850) 497-6565 (w)
                                                              (866) 251-7888 (f)
                                                              chris@klotzlawfirm.com
                                                              FL Bar No.: 47060

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Tiffany Eggers, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida, via submission to ECF, on this 8th day of January, 2015.

BY:   /es/ J. Christopher Klotz
    _____
    J. CHRISTOPHER KLOTZ
    ATTORNEY FOR DEFENDANT

**J. CHRISTOPHER KLOTZ**
J. Christopher Klotz, P.C.
127 Palafox PL., Suite 100
Pensacola, Florida 32502
(850) 497-6565 (w)
(866) 251-7888 (f)
chris@klotzlawfirm.com
FL Bar No.: 47060