IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA PENSACOLA
DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                Case Number: 3:14cr91/MCR

PAUL JOHN HANSEN,
    Defendant.
_____/

### Notice of Conference Regarding Previously Filed Motion Requesting Pretrial Release

    COMES NOW the Defendant, Paul John Hansen by and through his undersigned Counsel pursuant to Federal Rules of Criminal Procedure and states he had conferred with Opposite Counsel prior to filing the Motion for Pretrial Release, but failed to note it in the Motion Requesting Pretrial Release. The Assistant U.S. Attorney objects to the Motion for Pretrial Release.

    Submitted this 23nd day of January, 2015.

                                                          Respectfully Submitted,

                                                          /es/ J. Christopher Klotz
                                                          J. CHRISTOPHER KLOTZ
                                                          J. Christopher Klotz, P.C.
                                                          127 Palafox PL., Suite 100
                                                          Pensacola, Florida 32502
                                                          (850) 497-6565 (w)
                                                          (866) 251-7888 (f)
                                                          chris@klotzlawfirm.com
                                                          FL Bar No.: 47060

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Tiffany Eggers, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida, via submission to ECF, on this 23nd day of January, 2015.

BY:     /es/ J. Christopher Klotz
J. CHRISTOPHER KLOTZ
J. Christopher Klotz, P.C.
127 Palafox PL., Suite 100
Pensacola, Florida 32502
(850) 497-6565 (w)
(866) 251-7888 (f)
chris@klotzlawfirm.com
FL Bar No.: 47060