IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA PENSACOLA
DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                                  Case Number: 3:14cr91/MCR

PAUL JOHN HANSEN,
    Defendant.
    _____/

## Motion for Leave for Mr. Hansen to File and Plead Motions

COMES NOW the Defendant, Paul John Hansen by and through his undersigned Counsel pursuant to Federal Rules of Criminal Procedure and all other applicable authority and moves this Honorable Court to allow Mr. Hansen, in his capacity as an accused before this Court, to file and plead certain Motions. In support thereof the movant would show the following:

1. The Court has previously indicated that Mr. Hansen is prohibited from filing Motions that are not filed by and through his court appointed attorney.

2. Mr. Hansen has certain legal issues that he wishes to plead, argue and for the Court to consider during the pendency of this case against him. Those issues primarily concern personal jurisdiction and territorial jurisdiction and how those issues may affect the pending criminal process against him. Those challenges to this Court's jurisdiction have been previously filed with this court by Mr. Hansen in his *pro se* capacity. The court has not taken up those *pro se* Motions. Mr. Hansen requests that those Motions concerning the jurisdictional issues be considered.

3. Counsel of Mr. Hansen has advised him that he is unable to file and argue those Motions as to do so would potentially be contrary the tenets of professional conduct, the bounds of Rule 11, the oath taken to practice in this Circuit and the oath taken as a member of the Bar.

4. Mr. Hansen should have the ability and opportunity to make those arguments that he feels necessary to defend his case and make his record for a potential appeal. Granting this request will provide that opportunity for Mr. Hansen.

5. Counsel for Mr. Hansen has conferred with the AUSA in the case and the government objects.

WHEREFORE, the Defendant, Paul John Hansen moves this Honorable Court to enter its Order granting the requested relief.

Submitted this 18th day of February, 2015.

        Respectfully Submitted,

        /es/ J. Christopher Klotz
        J. CHRISTOPHER KLOTZ
        J. Christopher Klotz, P.C.
        127 Palafox PL., Suite 100
        Pensacola, Florida 32502
        (850) 444-0000 (w)
        chris@stevensonklotz.com
        FL Bar No.: 47060

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Nancy Hess and Tiffany Eggers, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida, via submission to ECF, on this 18th day of February, 2015.

BY: **/es/ J. Christopher Klotz**
J. CHRISTOPHER KLOTZ
J. Christopher Klotz, P.C.
127 Palafox PL., Suite 100
Pensacola, Florida 32502
(850) 444-0000 (w)
chris@stevensonklotz.com
FL Bar No.: 47060