IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                                          Case No.: 3:14cr91/MCR

PAUL JOHN HANSEN

_____

### STIPULATION NUMBER TWO

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, defendant Paul John Hansen, and counsel for defendant J. Christopher Klotz, and pursuant to Northern District of Florida Local Rules, Rule 26.3(G), enter into the following trial stipulation:

The defendant stipulates that he does not hold a law degree from an accredited law school. The defendant further stipulates that he is not licensed by any state or any federal court to practice law.

J. CHRISTOPHER KLOTZ
Attorney for Defendant
Stevenson Klotz, LLP
127 Palafox Place, Suite 100
Pensacola, Florida 32502
(850) 444-0000

PAUL JOHN HANSEN
Defendant

2/19/2015
Date

TIFFANY H. EGGERS
Assistant U.S. Attorney
Florida Bar No. 0193968
21 East Garden Street, Ste. 400
Pensacola, FL 32502-5675
(850) 444-4000

2/19/15
Date