# United States District Court

### CRIMINAL MINUTES - GENERAL

Time Commenced:   2:40 pm  
Time Concluded:   3:40 pm  

Case #   3:14cr91/MCR  
Date:   February 20, 2015

DOCKET ENTRY: **Final Pretrial Conference**

Court hears argument on pretrial motions and provides rulings. Order to follow.  Attorney Conference/Jury Selection/Jury Trial set for March 2, 2015 at 8:00 am.

PRESENT:  HONORABLE   **M. CASEY RODGERS**  , CHIEF JUDGE

| Susan Simms | | Donna Boland | Tiffany Eggers |
|---|---|---|---|
| Deputy Clerk | USPO/Pretrial Services | Court Reporter | Asst. U.S. Attorney |

**U.S.A. v. (DEFENDANTS LISTED BELOW)**    **ATTORNEYS FOR DEFENDANTS**

(1)   **KENT HOVIND**  
✓ Present   ✓ Custody   ___ Bond   ___ O/R

(1)   Thomas Keith  
✓ Present   ✓ Appointed   ___ Retained

(2)   **PAUL HANSEN**  
✓ Present   ✓ Custody   ___ Bond   ___ O/R

(2)   Christopher Klotz  
✓ Present   ✓ Appointed   ___ Retained

**PROCEEDINGS:**

| | |
|---|---|
| 2:40 pm | Court in Session - Final Pretrial Conference |
| | Court notifies Gvt of hybrid challenges/motions allowed to be filed (one time only) and the court will notify Gvt if a response is needed |
| 2:43 | Court discusses pending motions:  Gvt Motion in Limine w/four issues (doc. #81), Gvt Motion in Limine (doc. #86), Dft Hovind Motions in Limine (docs. # 87 & 88) |
| 2:45 | Counsel argue pending motions |
| 3:03 | Court GRANTS Gvt's Motion in Limine (doc. #81) [subject to defense counsel raising relevancy issue] |
| | Court takes Gvt's Motion in Limine #86 under advisement |
| 3:11 | Counsel argue Dft Hovind's motions (docs. #87 & #88) [Gvt identifies Exhibits A, B & C] |
| | Court GRANTS in part and DENIES in part Motion in Limine (doc. #87) and DENIES Motion in Limine (doc. #88) |
| 3:22 | Court and counsel discuss housekeeping matters |
| 3:39 | Court discusses deadlines in Pretrial Order (doc. #79) |
| 3:40 | Court in Recess |

Filed in Open Court

  2-20-2015  
Initials of Deputy Clerk sps