TO THE U.S. DIST. COURT, N. DIST., FL, PENSACOLN DIV.

U.S.A.

V.                     3:14 CR 11

HOUIND/HANSEN           (MOTION #1)

JUDICIAL NOTICE: ART. 1, SECF(17) U.S. CONST. / 4TH AMENDMENT U.S. CONST.

RE: ARREST THE WARRANT - WITH JUDICIAL NOTICE.

I, HANSEN, HAS BEEN *NOTICED THAT "1-1 COURT IS A

ARTICLE III (3) COURT AS FOUND IN THE U.S. CONST..

IF THIS MOTION IS STATUTORY I ASK THE APPOINTED

6TH AMENDMENT *COUNSEL TO PROVIDE THE WRITTEN

LAW HERE → PURSUANT TO: ALL APPLICABLE LAW,

⊙ HAVE WISHED/REQUIRED THAT *COUNSEL RUN THIS MOTION, COUNSEL

REFUSED. ⊖ NOTICE. THIS DOCUMENT CAN NOT BE USED TO

CREATE ANY TYPE OF PERSONAL JURISDICTION OVER HANSEN.

⊖ I NOW MOTION THE COURT TO 'ARREST THE WARRANT',

OR 'DECLARE THE ARREST LACKING JURISDICTION' IF

THE U.S. FAILS TO EVIDENCE:

A.) THE ARREST LOCATION IS LAND 'OF' THE UNITED

STATES AS LAND DISCRIBED IN ART. 1, SEC 8 (17) U.S. CONST.

B.) U.S. COURT WARRANT HAD 'FORCE AND EFFECT OF

LAW' ON LAND NOT EVIDENCED AS LAND BEING

OF THE UNITED STATES PER SAID *ART. 1.

C.) HANSEN CONSENTED TO THE ARREST OF OCT 23, 2014.

D.) THAT NO HEARING WAS REQUIRED TO TAKE HANSEN

BY FORCE, OF LAND NOT OF THE JURISDICTION OF THE

UNITED STATES COURT.

* NOTICED BY THE COURT AT ARRAIGNMENT

Rec'd 0220'15 UsDcFln3PM0435

A - 1 OF 2

E.) THAT THE WARRANT WAS SUPPORTED
BY VERIFIED EVIDENCE, AS TO THE
ACTS CLAIMED, DID IN FACT TAKE
PLACE 'ON' LAND 'OF' THE UNITED
STATES, PURSUANT TO *ART. I, BY A
SWORN WITNESS, WITH FIRST HAND
EVIDENCE, SUBJECT IN THEIR PERSONAL
LIABILITY CAPACITY, AS REQUIRE
AGAINST A MAN OF BIRTH RIGHT ON
AMERICAL SOIL, COMPLIANT TO
THE 4TH AMENDMENT OF THE U.S. CONST.,
OF SUCH WILL BE RE-DETERMINED IN A
'COURT OF RECORD' IMMEDEATELLY.

WHREFORE, HANSEN MOTIONS THE COURT
TO 'ARREST THE WARRANT' OR 'DECLARE
THE ARREST LACKING EVIDENCE OF
JURISDICTION', IF THE RECORD, OR UNITED
STATES ATTORNEYS FAIL TO EVIDENCE ALL
THE ESSENTIALS TO SUPPORT THE WARRANT
AS LISTED VBOVE IN A → E, AS A
MATTER OF LAW.
· SEE - AFFIDAVIT DATED 1-16-15 EXHIBIT "A$_1$".

1-16-15     Paul Hansen
          PAUL JOHN HANSEN
                    A-2 OF 2