TO THE U.S. DIST. COURT, N. DIST. FL. PENSACOLA DIV.

USA
v.                        /   3:14 CR 91
HOVIND/HANSEN   /   MOTION /

REQUEST FOR FINDING OF FACTS AND CONCLUSIONS OF LAW, IN WRITING, PURSUANT TO ALL APPLICABLE LAW, FOR EACH INDIVIDUAL MOTION(1) -AND- CHALLENGE (3 TOTAL CHALLENGES) SO HANSEN CAN APPEAL ANY OF THE SAME, AS A MATTER OF LAW.

THIS MOTION NOT TO BE USED TO CREATE PERSONAL JURISDICTION UPON HANSEN.

Paul Hansen
PAUL JOHN HANSEN