TO U.S. DIST. COURT, N. DIST., PESACCLA FL D.IST.

USD

V.                                    /          3:14 CR  91

HOVEND/HANSEN        /

‑VERIFIABLE  STATEMENTS  IN  THE  FORM

OF  AFFIRMATIVE  DEFENSES‑

I, HANSEN, THE SIGNED, WILL VERIFY THE

FOLLOWING IN OPEN COURT ON THE

RECORD:
           TO  MY  KNOWLEDGE →  OR CHALLENGE →

1. I AM A MAN OF BIRTH RIGHT ON

AMERICAN SOIL.

2. I HAVE NO CONTRACT WITH THE

UNITED STATES OF AMERICA.

3. I DID NO ACT "IN" THE UNITED

STATES, OR "ON" LAND "OF" THE UNITED

STATES, AS ASSOCIATED WITH THE CLAIMS

IN THE INDICTMENT.

4. I AM NOT A CITIZEN OF THE UNITED

STATES.

5. I WAS ARRESTED ON LAND NOT

EVIDENCED AS BEING OF THE

UNITED STATES TYPE LAND AS FOUND

IN ART 1, SEC 8 (17) OF THE U.S CONST.

6. ALL MAILINGS ARE NOT EVIDENCED AS BEING MAILED AT A LOCATION THAT IS LAND OF THE UNITED STATES.

7. MAILINGS NOT EVIDENCED AS BEING MAILED INTO A UNITED STATES ZONE (TERRITORY/POSSESSION)

8. MAILINGS NOT EVIDENCED AS PASSING OVER UNITED STATES OWNED LAND.

9. NO CONVERSATIONS ARE EVIDENCED BETWEEN HANSEN AND HOVIND AS BEING ON LAND OF THE UNITED STATES.

10. I DID NO ACT TO GIVE A UNITED STATES COURT PERSONAL JURISDICTION OVER ME.

11. I DID NO ACT OF CONSENT TO GIVE THE UNITED STATES GOVERNANCE AUTHORITY OVER ME.

12. I LIVE INDEPENDENT OF THE UNITED STATES.

13. THE UNITED STATES COURTS ARE FOREIGN TO MY COMMON LAW JURISDICTION.

14. I AM NOT A STATUTORY PERSON, DEFENDANT, OR RESIDENT, OF THE UNITED STATES.

1-16-15    Paul Hansen

AD.    2 OF 2