TO THE U.S. DIST. COURT, NORTHERN DIST.
  OF FL., PENSACOLA DIVISION

U.S.                    /   CASE No. 3:14 CR 91
V.                      /
HANSEN                  /   'FILE FOR RECORD'
                            'NOTICE'

NOTICE- WISH FOR INDIPENDENCE, AND RETURN OF ALL FUND, DUE TO PAUL JOHN HANSEN, FROM THE UNITED STATES.

I WISH TO USE THIS COURT RECORD TO SECURE NOTICE OF THE FOLLOWING, AND WILL DO THE SAME IN OPEN COURT FOR A RECORD OF MY WISH AND DEMAND, OF RIGHT.

--- NOTICE TO AGENT IS NOTICE TO PRINCIPAL -AND- NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

Rec'd
Filed0116'15UsDcFln3PM1119                    1 OF 4

Filed0220'15UsDcFln3PM0437

I, PAUL JOHN HANSEN

—WISH FOR RIGHT OF INDIPENDENCE—

—NOTICE TO AGENT, TO PRINCIPAL—

1.) I, WITH BIRTH RIGHT ON AMERICAN SOIL, WISH FOR INDIPENDENCE FROM THE UNITED STATES.

2.) ALL RELATIONSHIPS WITH THE U.S. IS BY CONTRACT, OR CONTACT.

3.) I HAVE BEEN LEAD TO BELIEVE THAT I HAD NO RIGHT OF INDIPENDENCE FROM THE U.S..

4.) I WAS NOT INFORMED THAT ALL CONTRACTS, CONTACTS, WITH THE U.S. IS BY PERSONAL ELECTION (CONSENT).

5.) I, HEREBY, NOW, WISH TO EXERCIZE MY BIRTH RIGHT, IN DEMANDING, ALL ASSUMED CONTRACTS, CONTACT, WITH THE UNITED STATES OF AMERICA, FROM MY BIRTH, TO THIS DAY, TO BE NULL AND VOID, DUE TO LACK OF DISCLOSURE.

6.) I WISH TO HAVE ALL FUNDS, PAID TO THE UNITED STATES OF AMERICA, AND WHAT WAS RECEIVED BY THE UNITED STATES, AS UNDER MY NAME, MY ASSIGNED FEDERAL IDENTIFICATION NUMBER (SOCIAL SECURITY NUMBER), TO BE <u>RETURNED</u> TO ME IMMEDIATELY, LESS PAYMENTS RECEIVED.

7.) I WISH TO BE COMPENSATED FOR THE LOSS OF THE <u>USE</u> OF ALL FUNDS AS DEMANDED IN PARAGRAPH (6) ABOVE AS IS COMPLIANT IN COMMON LAW, AS, IF NEED BE, DETERMINED BY A COURT OF RECORD, JURY OF TWELVE (12).

8.) I ASK THE UNITED STATES TO PROVIDE THE FORM, OR PROCESS, TO MEET MY WISH FOR FUNDS RETURNED.

IF OUT OF JAIL
PAUL HANSEN
1548 N 19 ST.
OMAHA, NE 68110
WITH OUT THE U.S..

*Paul Hansen*
*Paul Hansen*

PAUL JOHN HANSEN
P.O. BOX 7129
MILTON, FL 32572

3 OF 4

44

TO THE US. DIST. COURT, N. DIST., FL, PENSACOLA

| | |
|---|---|
| USA | |
| V. | CASE No. |
| HANSEN, | 3:14 CR 91/MCR |
| HOVIND. | |

FILE FOR RECORD

RE: I REQUIRE PUBLIC DEFENDER, KLOTZ.

TO:

1. CHALLENGE IF VERIFIED EVIDENCE IS SWORN, IN THE RECORD, ORALLY, OF CLAIMS, OF TERRITORIAL JURISDICTION AND OF THE ACTS CHARGED, AS BEFORE THE GRAND JURY.

2. INVESTIGATE IF VERIFIED (SWORN) EVIDENCE IS REQUIRED TO INDICT HANSEN, AS A MAN WITH BIRTH RIGHT, ON AMERICAN SOIL, AND CHALLENGE SO IN THIS COURT CASE.

3. IF EVIDENCE IS IN THE RECORD SUFFICIENT TO INVOKE THE COURTS SUBJECT MATTER JURISDICTION.

4. TO PROVIDE HANSEN OF WHAT ORAL EVIDENCE WAS PRESENT BEFORE THE GRAND JURY TO GET THE INDICTMENT.

(#C)  12/21 2014

Paul Hansen
Paul John Hansen
PAUL JOHN HANSEN