IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                               **CASE NO.:    3:14cr91/MCR**

**KENT E. HOVIND**
**and**
**PAUL JOHN HANSEN**

_____

## GOVERNMENT'S PROPOSED VOIR DIRE EXAMINATION QUESTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to the Court's Order (Doc. 79), requests that the Court ask potential jurors in this case the following additional voir dire examination questions in addition to the Court's standard inquiry:

1. Do each of you understand that the Judge will instruct you on what the law is, and your role as jurors will be to determine the facts?  As such, can each of you agree to apply the law as you are instructed by the Court whether you agree with the law or not?

2. Do any of you know one another?  Explain?  If so, should you both be called to serve as jurors in this trial, will that have any impact on your ability to listen to the evidence and the law and render a verdict that is fair and impartial to both the government and the defense?

1

3. A number of you indicated you have previously served on a jury. Without telling us what your verdict was, can you indicate whether or not a verdict was reached and indicate whether or not you served as the foreperson?

4. Do any of you, a member of your immediate family, or a close friend have any prior direct exposure or involvement with the criminal justice system as a victim or a defendant?

5. Have any of you, a member of your immediate family, or a close friend ever had any direct dealings with the Internal Revenue Service ("IRS"), such as a civil audit, collection activity, or criminal investigation? (If an affirmative response is provided, then a follow-up outside the venire's presence is requested.)

6. Have any of you ever received a frivolous filing letter from the IRS? (If an affirmative response is provided, then a follow-up outside the venire's presence is requested.)

7. Have any of you ever had a tax lien or levy imposed upon you, a family member, or a close friend or relative? (If an affirmative response is provided, then a follow-up outside the venire's presence is requested.)

8. Have any of you attended any seminars, conducted any independent studies, or are otherwise familiar with any tax protestor beliefs or organizations? Do any of you hold such beliefs? (If an affirmative response is provided, then a follow-up outside the venire's presence is requested.)

9. Do any of you disagree with the idea that as citizens of the United States we are all required to follow the laws of our country? (If an affirmative response is provided,

then a follow-up outside the venire's presence is requested.)

10. Do any of you have a disagreement with any of the Internal Revenue laws of the United States or hold any personal belief that the United States should not regulate the payment of income taxes? (If an affirmative response is provided, then a follow-up outside the venire's presence is requested.)

11. Are any of you, a member of your immediate family, or a close friend, a member or supporter of any organization whose members express dissatisfaction with the substance, form, or administration of the tax laws by either refusing to file income tax returns, pay income tax, or attempting to interfere with the administration of our country's tax laws? (If an affirmative response is provided, then a follow-up outside the venire's presence is requested.)

12. Now that you have heard the charges in this case, has anyone read or heard any media reports about this case, either on the television, newspaper, or internet? (If an affirmative response is provided, then a follow-up outside the venire's presence is requested.)

13. Has anyone ever been to Dinosaur Adventure Land or heard any presentations of Kent E. Hovind, either live or via a recording? Has anyone ever been to any presentations of Creation Science Evangelism, Ecclesiastical Enterprises, or Creation Today? (If an affirmative response is provided, then a follow-up outside the venire's presence is requested.)

14. Is there anything about the nature of the charges or type of offenses that would in any way affect your ability to be a fair and impartial juror?

15. Based upon the nature of the above questions and the type of case this is, do any of you have any additional information that you think we as attorneys involved would like to know?

WHEREFORE, the United States respectfully requests that the Court consider the above in its voir dire examination in this case.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
21 East Garden Street
Pensacola, Florida 32502
(850) 444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically using the Court's CM/ECF system and therefore Thomas S. Keith and J. Christopher Klotz are scheduled to receive a copy on this 24th day of February, 2015.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney