IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.:  3:14cr91/MCR

KENT E. HOVIND
and
PAUL JOHN HANSEN

_____

### GOVERNMENT'S PROPOSED VERDICT FORMS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files the attached proposed format for the verdict forms in this case.  Please note that the government submits that a special finding is appropriate as to Count Three for defendant Hovind due to the need for unanimity on Count Three.

WHEREFORE, the Government files the below proposed format for the verdict forms with the Court.

Respectfully submitted,

PAMELA C. MARSH
UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
United States Attorney's Office
21 E. Garden Street, Suite 400
Pensacola, Florida 32502
850-444-4000

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                            **CASE NO.:  3:14cr91/MCR**

**KENT E. HOVIND**

_____

**VERDICT FORM**

We, the jury, in the above entitled and numbered case, unanimously find the Defendant, Kent E. Hovind:

**COUNT ONE**

_____   NOT GUILTY.

_____   GUILTY of Conspiracy to Commit Mail Fraud as charged in Count One.

**COUNT TWO**

_____   NOT GUILTY.

_____   GUILTY of Mail Fraud as charged in Count Two.

**COUNT THREE**

_____   NOT GUILTY.

_____   GUILTY of Contempt of Court as charged in Count Three.

*If you have found the Defendant <u>not guilty</u> of the offense charged in Count Three, then skip the following and go to Count Four.  If you have found the Defendant <u>guilty</u> of the offense charged in Count Three, before proceeding to Count Four, you must unanimously determine which of the Court's Orders the defendant violated by checking <u>one or both</u> of the below.*

_____    Order Forfeiting Substitute Property, Forfeiting Kent E. Hovind's right, title, and interest in pieces of real property dated June 28, 2007.

_____Order Enjoining Creation Science Evangelism *et al.*, and any agent or representative dated June 27, 2012.

## COUNT FOUR

_____    NOT GUILTY.

_____     GUILTY of Mail Fraud as charged in Count Four.


SO SAY WE ALL, this the _____ day of March, 2015.


_____
Foreperson's Signature

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                            **Case No.:  3:14cr91/MCR**

**PAUL JOHN HANSEN**

_____

### VERDICT FORM

We, the jury, in the above entitled and numbered case, unanimously find the Defendant, Paul John Hansen:

**COUNT ONE**

_____   NOT GUILTY.

_____   GUILTY of Conspiracy to Commit Mail Fraud as charged in Count One.

**COUNT TWO**

_____   NOT GUILTY.

_____   GUILTY of Mail Fraud as charged in Count Two.

**COUNT FOUR**

_____   NOT GUILTY.

_____   GUILTY of Mail Fraud as charged in Count Four.

## COUNT FIVE

_____  NOT GUILTY.

_____  GUILTY of Contempt of Court as charged in Count Five.

## COUNT SIX

_____  NOT GUILTY.

_____  GUILTY of Contempt of Court as charged in Count Six.

SO SAY WE ALL, this the _____ day of March, 2015.


_____
Foreperson's Signature

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically using the Court's CM/ECF system and therefore Thomas S. Keith and J. Christopher Klotz are scheduled to receive a copy on this 24th day of February, 2015.

></div>
>
> /s/ Tiffany H. Eggers
> TIFFANY H. EGGERS
> Assistant United States Attorney