**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO. 3:14cr91/MCR

PAUL JOHN HANSEN

_____________________________/

**O R D E R**

This matter is before the Court on the various *pro se* filings of Defendant Paul John Hansen entitled: Judicial Notice: Article 1, Section 8(17) U.S. Constitution / 4th Amendment U.S. Constitution (doc. 91); Personal Jurisdiction Challenge (doc. 92); Subject Matter Jurisdictional Challenge With Motion to Dismiss (doc. 93); Request for Findings of Facts and Conclusions of Law (doc. 94); Verifiable Statement in the Form of Affirmative Defenses (doc. 95); Territorial Jurisdictional Challenge (doc. 96); Notice - Wish for Independence; Verifiable Proof of Service (doc. 98), all filed with special permission following the Hearing and Pretrial Conference conducted February 20, 2015. The Court has reviewed Defendant Hansen's filings and does not require any response from the Government.

In his various *pro se* filings, Hansen "challenges" the jurisdiction of this Court. Hansen challenges the validity of the arrest warrant and seeks to "arrest the warrant" or "declare the arrest lacking jurisdiction". (*See* doc. 91). Hansen demands proof of personal jurisdiction, suggesting he has not consented to jurisdiction, and therefore moves that the charges against him be dismissed. (*See* doc. 92). Hansen also demands evidence of subject matter jurisdiction, suggesting this Court has not advised Defendant of the "nature and cause" of the accusations against him, and arguing that the Court is without jurisdiction to proceed and thus the charges against him must be dismissed. (*See* doc. 93). Hansen offers no legal authority for his position.

According to the Indictment dated October 21, 2014 (doc. 3), the Government has charged Hansen, with one count of conspiracy to commit mail fraud, two counts of mail fraud, and two counts of criminal contempt. An arrest warrant issued pursuant to the Indictment, whereupon Hansen was arrested in Omaha, Nebraska, then transferred to this district to appear before this Court on the charges in the Indictment.[1] (*See* doc. 22). Hansen appeared for arraignment on December 11, 2014, and was advised at that time of the charges against him. (*See* doc. 50). Upon consideration, the Court finds Hansen's "challenges" without merit.

Accordingly, Defendant Hansen's various *pro se* filings (docs. 91, 92, 93, 94, 95, 96, 97) are DENIED.

**DONE and ORDERED** this 25th day of February, 2015.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] A Superseding Indictment was issued on November 18, 2014, with no substantial changes to the charges contained in the original Indictment. (*See* doc. 28).