IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA PENSACOLA
DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                      Case Number: 3:14cr91/MCR

PAUL JOHN HANSEN,
    Defendant.
_____/

## Paul Hansen's Proposed Jury Instructions

1. Hansen joins in codefendant Hovind's request for an instruction on the good-faith defense.

2. Hansen joins in codefendant Hovind's request for an instruction regarding contempt of court.

3. Pattern Instruction 9: Good Faith Defense to Willfulness.

4. Defendant requests the Court allow one of the following additional instructions, or some other form of specific intent instruction that is acceptable to the Court:

    a.    9.1B    On or About; Knowingly; Willfully - Intentional Violation of a Known Legal Duty

        -or alternatively-

    b.    9.1A    On or About; Knowingly; Willfully – Generally

        -or alternatively-

    c. Specific **Intent Alternate 1**: The crime charged in this case requires proof of Specific intent before the defendant can be convicted. Specific intent, as the term implies, means more than the general intent to commit the act. To establish specific intent the government must prove that the defendant knowingly did an act which the law forbids (or knowingly failed to do an act which the law requires), purposely intending to violate the law. Such intent may be determined from all the facts and circumstances surrounding the case.

      d.  **Specific Intent Alternate 2**:  The Government must prove that the defendant had an intent to violate a known legal duty, which is with the *specific* intent to do something the law forbids.

WHEREFORE, the Defendant, Paul John Hansen moves this Honorable Court to permit the above instructions to the jury.

Submitted this 25th day of February, 2015.

    Respectfully Submitted,

    <u>/es/ J. Christopher Klotz</u>
    J. CHRISTOPHER KLOTZ
    J. Christopher Klotz, P.C.
    127 Palafox PL., Suite 100
    Pensacola, Florida 32502
    (850) 444-0000 (w)
    chris@stevensonklotz.com
    FL Bar No.: 47060

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Nancy Hess and Tiffany Eggers, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida, via submission to ECF, on this 25th day of February, 2015.

BY:    **/es/ J. Christopher Klotz**
        J. CHRISTOPHER KLOTZ
        J. Christopher Klotz, P.C.
        127 Palafox PL., Suite 100
        Pensacola, Florida 32502
        (850) 444-0000 (w)
        chris@stevensonklotz.com
        FL Bar No.: 47060