IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA PENSACOLA
DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                                  Case Number: 3:14cr91/MCR

PAUL JOHN HANSEN,
    Defendant.
_____/

## Paul Hansen's Proposed Voir Dire Questions

COMES NOW the Defendant, Paul John Hansen, by and through his undersigned Counsel pursuant to Federal Rules of Criminal Procedure and all other applicable authority and moves this Honorable Court ask the venire panel the following questions during the Court's voir dire.

1. Would you have any concerns about finding one defendant guilty and the other not guilty?

2. Do you believe that a person has the right to question the actions of the US Government by engaging them in litigation?

3. Do you believe that if a person or entity feels they have been done an injustice they should have a right to use the legal system to challenge the government?

4. Do you believe that if someone is exercising their right to challenge the government that they should be required to hire an attorney to do so, or may they make the challenge on their own if they are not an attorney?

5. Would you demand that a layperson representing themselves in a court case be as skillful as a trained attorney?

6. Would you hold it against either defendant in this case that they have at times decided to represent themselves instead of hiring an attorney?

7. Would you count it against the defendants in any way if they hold different religious beliefs than you, the members of the prospective jury?

8. Knowing the little that you know about this case, is there any reason, if you were sitting in the places of Mr., Hovind and Mr. Hansen, that you would not want a person like yourself sitting on this jury. (And please explain why).

9. Hansen joins in requesting the questions proposed by co-defendant Hovind.

WHEREFORE, the Defendant, Paul John Hansen moves this Honorable Court to enter its Order granting the requested relief.

Submitted this 25th day of February, 2015.

            Respectfully Submitted,

            /es/ J. Christopher Klotz
            J. CHRISTOPHER KLOTZ
            J. Christopher Klotz, P.C.
            127 Palafox PL., Suite 100
            Pensacola, Florida 32502
            (850) 444-0000 (w)
            chris@stevensonklotz.com
            FL Bar No.: 47060

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Nancy Hess and Tiffany Eggers, Assistant U.S. Attorney, 21 East Garden Street, Suite 400, Pensacola, Florida, via submission to ECF, on this 25th day of February, 2015.

                BY:    **/es/ J. Christopher Klotz**
                          J. CHRISTOPHER KLOTZ
                          J. Christopher Klotz, P.C.
                          127 Palafox PL., Suite 100
                          Pensacola, Florida 32502
                          (850) 444-0000 (w)
                          chris@stevensonklotz.com
                          FL Bar No.: 47060