**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                              CASE NO.     3:14cr91/MCR

**KENT E. HOVIND
and
PAUL JOHN HANSEN**
_____

## PARTIES PROPOSED STATEMENT OF THE CASE

Please remember, an Indictment or formal charge against any defendant is not evidence of guilt.   Indeed, every defendant is presumed by the law to be innocent.   The defendants in this case Kent E. Hovind and John Paul Hansen have pleaded not guilty to all the charges in this case.   At this time, I would like to take a moment and summarize the nature of the case and charges for you.   The Superseding Indictment includes six charges or what we call counts.

Count One charges Kent E. Hovind and Paul John Hansen with Conspiracy to Commit Mail Fraud for conduct occurring between June 1, 2011, and July 1, 2013.

Count Two charges Kent E. Hovind and Paul John Hansen with a substantive count of Mail Fraud for mailing or causing to be mailed four Memoranda of Lis Pendens between May 22, 2013, and May 29, 2013.

Count Three charges Kent E. Hovind with a substantive count of Contempt of Court for willfully and knowingly disobeying and resisting a lawful order of this Court,

which orders were an Order Forfeiting Substitute Property dated June 28, 2007, and an Order enjoining conduct dated June 27, 2012.

Count Four charges Kent E. Hovind and Paul John Hansen with a substantive count of Mail Fraud for mailing or causing to be mailed a Claim of Lien Affidavit of Obligation with attachments between April 1, 2013, and April 15, 2013.

Count Five charges Paul John Hansen with a substantive count of Contempt of Court for willfully and knowingly disobeying and resisting a lawful order of this Court which was the Order enjoining conduct dated June 27, 2012.

Count Six charges Paul John Hansen with another substantive count of Contempt of Court for willfully and knowingly disobeying and resisting a lawful order of this Court which was a federal Grand Jury Subpoena *Duces Tecum* that directed Hansen to appear before the Grand Jury on August 19, 2014, to provide handwriting samples and major case fingerprints.

WHEREFORE, the parties respectfully submit this proposed Statement of the Case to the Court on this 26th day of February, 2015.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
21 East Garden Street
Pensacola, Florida 32502
(850) 444-4000

THOMAS S. KEITH
ATTORNEY FOR KENT E. HOVIND

*/s/ Thomas S. Keith*
THOMAS S. KEITH
Florida Bar No. 0243078
3 W. Garden Street, Suite 200
Pensacola, Florida 32502
(850) 432-1418

J. CHRISTOPHER KLOTZ
ATTORNEY FOR PAUL JOHN HANSEN

*/s/ J. Christopher Klotz*
J. CHRISTOPHER KLOTZ
Florida Bar No. 47060
127 Palafox Place, Suite 100
Pensacola, Florida 32502
(850) 444-4000