TO U.S. DIST. COURT, N. DIST, FL, PENSECOLA DIST.

U.S.A.

V.  / 3:14 CR 91 / MCR

HANSEN / HOUIND / -HYBRID COUNSEL-

1. RE: <u>MOTION TO DISMISS</u>: FOR LACK OF SUBJECT MATTER JURISDICTION FOR A DUE PROCESS VIOLATION.

2. COMES NOW, PAUL JOHN HANSEN, PURSUANT TO ALL APPLICABLE LAW, AND MOVES THIS COURT TO DISMISS THE CHARGES (COUNTS 1-2-4-5) ON THE INSTANT CASE DUE TO THE EVIDENCE SHOWN IN THIS DOCUMENT. IN

3. SUPPORT THE <u>FOLLOWING IS OFFERED</u>: AT ARRAIGNMENT, IN OPEN COURT, ORALLY, HANSEN REQUESTED / REQUIRED "NATURE AND CAUSE" THAT PLAINTIFF WAS RELYING UPON IN THEIR ACCUSATIONS,

4. PURSUANT TO ART. 6 / AMENDMENT 6, CONST. of United States of America (1790)

5. <u>JUDICIAL NOTICE</u> · THE ADMINISTRATIVE JUDGE IS HEREBY ASKED TO TAKE JUDICIAL NOTICE OF ALL APPLICABLE LAW USED IN THIS DOCUMENT.

6. AT ARRAIGNMENT WHEN PLAINTIFF FAILED TO STATE THE 'NATURE' OF THE ACCUSATIONS HANSEN ASKED

2-21-15                    NATURE           1 OF

→ 6TH AMENDMENT, U.S. CONST.

THE JUDGE TO TAKE JUDICIAL NOTICE OF THE U.S. CONST. * AS TO 'NATURE' MUST BE EVIDENCED WHEN REQUESTED, AS A <u>RIGHT</u>, AS A <u>MATTER OF LAW.</u>

7 HANSEN ASKED IF THE 'NATURE' WAS OF 'ENGLISH COMMON LAW,' 'ADMIRALTY,'
8 OR 'MARITIME' LAW. JUDGE SAID IT WAS NOT COMMON LAW, OR MARITIME, OR ADMIRALTY - <u>NO</u> CONTRACT - LAW, THEN JUDGE SAID IT WAS 'RULES OF FEDERAL PROCEDURE.... JURISDICTION

9 HANSEN RESPONDED THAT HE MUST KNOW IF THE 'NATURE' OF THE ACCUSATIONS IS 'COMMON LAW,' 'MARITIME,' OR 'ADMIRALTY' BEFORE HE COULD MAKE A PLEA, HE WANTED TO MAKE A PLEA THAT DAY, NATURE WAS
10 DENIED. JUDGE ENTERED PLEA, SAYING HANSEN FAILED TO PLEA. HANSEN OBJECTED, ADD HAS A <u>RIGHT</u> TO 'NATURE', AND A <u>RIGHT</u> TO PLEA WITH KNOWLEDGE OF THE 'NATURE' OF THE ACCUSATIONS.
11 THE ADMINISTRATOR, (JUDGE) OF U.S. LAW, IN THIS U.S. COURT, VIOLATED THE BILL OF RIGHTS, 6TH AMENDMENT, THAT BELONGS TO HANSEN, BY BIRTH RIGHT.

2-21-15  NATURE                2 OF

12. PLAINTIFF HAD A <u>DUTY</u> TO DECLARE THE LAW <u>RELIED UPON</u>. HANSEN WAS, AND HAS BEEN FOR THE DURATION SINCE, AND IS NOW PREJUDICED OF A MEANINGFUL TIME AND OPPORTUNITY OF THE COURT. SUCH 'SILENCE CAN ONLY BE EQUATED WITH FRAUD'. SEE- <u>U.S. V. TWEEL, 550 F. 2d 297 (1977)</u>.

ALL RELATIONSHIPS WITH THE UNITED STATE OF AMERICA CAN ONLY BE OF 'CONTRACT'. OF CONTRACT, DUE TO NO CONSENT FROM HANSEN, AS A MAN OF BIRTH RIGHT, AND NO DECLARED LAW (CONTRACT IN ADMIRALTY) THE COURT LACKS SUBJECT MATTER JURISDICTION, AND CAN ONLY DISMISS, AS A MATTER OF LAW, OR PROCEED IN THE ADMINISRATORS PERSONAL CAPACITY, LIABILITY.

2-21-15      NATURE                3 OF

WHEREFORE, HANSEN MOVES THIS COURT ADMINISTRATOR TO <u>DISMISS</u> THE CHARGES FOR THE COURT <u>LOST</u> SUBJECT MATTER JURISDICTION WHEN THE PLAINTIFF FAILED TO EVIDENCE THE 'NATURE' OF THE ACCUSATIONS WHEN REQUESTED, FOR SUCH IS A 'DUE PROCESS' VIOLATION, AS A MATTER OF LAW.

SUBMITTED THIS <u>21ST</u> DAY OF <u>FEBRUARY</u>, 2015

RESPECTFULLY SUBMITTED
/s/ _Paul Hansen_

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT A COPY OF THIS DOCUMENT HAS BEEN PROVIDED TO THE CLERK OF U.S. DISTRICT COURT LOCATED AT 1 N. PALAFOX ST. PENSACOLA, FL 32502 SUITE # 226 BY U.S. MAIL.

CC * TO: HON. JUDGE M. CASEY ROGERS
* PAMELA MARSH U.S. ATTORNEY * KLOTZ
2-21-15   NATURE   4 OF

KURT SONNY HANSEN
P. BOX 7129
MILTON FL 32572

This mail has been
generated by an inmate in
the Santa Rosa County Jail
PRIVILEGED

US DIST COURT
ONE EAST PAFAFOX ST.
ROOM 226
PENSACOLA, FL 32502

neopost
02/25/2015
US POSTAGE $00.48⁰
ZIP 32583
041L11250000

3250255539