FLN (Rev. 4/2004) Deficiency Order                                                                                    Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                               Case No. 3:14cr91/MCR

PAUL JOHN HANSEN

---

## O R D E R

Your document, **Motion to Dismiss for Lack of Subject Matter Jurisdiction for a Due Process Violation**, was received on March 24, 2015, and referred to the undersigned with the following deficiencies:

> Any party represented in a suit by counsel of record shall not thereafter take any step or be heard in the case in proper person, absent prior leave of court; nor shall any party having previously elected to proceed in proper person be permitted to obtain special or intermittent appearances of counsel.
>
> The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

> The submitted hard copy of the document shall be returned by the Clerk without electronic filing.
>
> Defendant has been advised repeatedly that he is not permitted to proceed in this case in a hybrid counsel manner and ,therefore, no further documents submitted *pro se* will be accepted for filing while he is represented by legal counsel of record.

**DONE and ORDERED** this 26th day of March, 2015.

                                               s/ *M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**