# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                         CASE NO. 3:14cr91/MCR

PAUL JOHN HANSEN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   June 17, 2015

Motion/Pleadings:   DEFENDANT'S MOTION FOR LEAVE TO FILE LIMITED OUT OF TIME 1st ADDENDUM TO HANSEN'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT (attached as Exhibit A)

Filed by   Defendant     on   6/16/2015     Doc.#     205

RESPONSES:

                                       on                   Doc.#

                                       on                   Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

LC (1 OR 2)                             s/ *Susan Simms*
                                        Deputy Clerk: Susan Simms

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of June, 2015, that:*

*The relief requested is GRANTED. The Probation office should amend the PSR accordingly.*

                                                s/ *M. Casey Rodgers*
                                                *M. CASEY RODGERS*
                                        *Chief United States District Judge*