UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   July 9, 2015
Motion/Pleadings:   MOTION/REQUEST FOR HEARING

Filed by   Defendant *pro se*            on   7/06/2015         Doc.#         216

RESPONSES:

                                                      on                    Doc.#
                                                      on                    Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 13th day of July, 2015, that:

The relief requested is DENIED.

s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*Chief United States District Judge*