UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   July 9, 2015
Motion/Pleadings:   MOTION/PETITION FOR DECLARATORY ORDER

Filed by   Defendant *pro se*      on   7/08/2015       Doc.#        217

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of July, 2015, that:*

*The relief requested is DENIED.*

s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*Chief United States District Judge*