AT: U.S. DIST COURT N. DIST. OF FL., PENSACOLA DIVISION

U.S. / CASE NO.
/ 3:14 CR 91 MCR
HANSEN, A MAN /

RE: FILE FOR RECORD.
  FILE ON DEMAND.

I WISH TO USE THIS CASE RECORD TO FILE THE FOLLOWING "PETITION FOR DECLARATORY ORDER" WHICH SHALL BE USED TO VACATE THIS CASE CHARGES.

INSTRUCTIONS UPON COURT CLERK TO FILE THESE FOUR PAGES AS A FILE ON DEMAND, FILE FOR RECORD.

7-8-2015        Paul John Hansen
                PAUL JOHN HANSEN

TO: HEAD ADMINISTRATOR (JUDGE) OF THE FEDERAL DISTRICT - NORTHERN FLORIDA, U.S. DIST. COURT HOUSE, ONE NORTH PALAFOX ST. ROOM 226, PENSACOLA, FL 32502

FROM: Paul John Hansen, INMATE SANTA ROSA COUNTY JAIL, FEDERAL, P.O. BOX 7129, MILTON, FL 32572

RE: "PETITION FOR DECLARATORY ORDER," FINDING OF LAW.

IT IS IMPERATIVE THAT I HAVE A LEGAL DETERMINATION OF THE FOLLOWING QUESTION ANSWERED SO THAT I NOT BE FOUND TO VIOLATE A U.S. LAW INADVERTANTLY.

A SELF ADDRESSED STAMPED ENVELOPE IS INCLUDED TO AID YOUR RESPONSE.

2.

IF NO ANSWER IS PROVIDED I WILL NEED THE NAME OF THE MAN THAT CAN TESTIFY THAT ALL TWELVE (12) JURORS THAT FOUND ME GUILTY OF COUNT FIVE (5) AND COUNT SIX (6). IF NEED BE I WILL SUBPOINA EACH JUROR TO PROVIDE EVIDENE OF ELECTING TO BECOME A U.S. CITIZEN.

QUESTION:
HOW DO I AQUIRE INFORMATION TO FIND IF EACH JUROR WAS QUALIFIED TO BE A JUROR IN CASE NO. 3:14 CR 91/MCR. I ASKED MY APPOINTED 6TH ARTICLE (AMENDMENT) COUNSEL, CHRIS KLOTZ, TO CONFIRME THE JURORS QUALIFICATIONS BUT HE FAILED, OR REFUSED, TO AID ME, AND THE JUDGE REFUSED TO ALLOW ME TO SPEAK ON ANY ISSUE.
1. FIRST I NEED TO KNOW WHAT THE LEGAL REQUIREMENTS ARE FOR EACH JUROR TO SERVE.

D.J.O.-J                                        3 OF 4

2. I NEED TO KNOW HOW TO CONFIRM THAT EACH JUROR WAS A U.S. CITIZEN LEGALLY (BY "OATH AND NONE OTHER). THIS IS IF A JUROR MUST IN FACT BE "LEGALLY", FORMALLY, PURSUANT TO U.S. WRITTEN LAW U.S.C. & ___ "TO" BECOME A U.S. CITIZEN, QUALIFID JUROR.

7-5-2015   Paul John Hansen
              PAUL JOHN HANSEN

BOX 7129 _____, FL 32572

VERIFIABLE PROOF OF MAILING
I HAVE CAUSED THIS PETITION TO BE MAILED TO U.S. DIST. COURT, ONE PALAFOX ST. ROOM 226, PENSACOLA, FL 32502, ON 7-8-2015

Paul John Hansen

D.J.O.-J                              4 OF 4

This mail has been generated by an inmate in the Santa Rosa County Jail and has not been censored

BOX 7127
MILTON, FL 32572

PRIVILEGED

CLERK, U.S. DIST. COURT

neopost
07/09/2015
US POSTAGE $00.48
FIRST CLASS MAIL
ZIP 32583
041L11250333