4.

AT: U.S. DIST COURT N. DIST. OF FL.,
PENSACOLA DIVISION

U.S.                    /    CASE NO.
  —                     /    3:14 CR 91 MCR
HANSEN, A MAN           /

RE: FILE FOR RECORD.
    FILE ON DEMAND.

I WISH TO USE THIS CASE RECORD TO FILE THE FOLLOWING "PETITION FOR DECLARATORY ORDER" WHICH SHALL BE USED TO VACATE THIS CASE CHARGES.

INSTRUCTIONS UPON COURT CLERK TO FILE THESE FOUR PAGES AS A FILE ON DEMAND, FILE FOR RECORD.

7-8-2015    Paul John Hansen
            PAUL JOHN HANSEN

D.J.O.-XL                            1 OF 3

TO: HEAD ADMINISTRATOR (JUDGE) OF THE FEDERAL DISTRICT - NORTHERN FLORIDA, U.S. DIST. COURT HOUSE, ONE NORTH PALAFOX ST. ROOM 226, PENSACOLA, FL 32502

FROM: Paul John Hansen, INMATE SANTA ROSA COUNTY JAIL, FEDERAL P.O. BOX 7129, MILTON, FL 32572

RE: "PETITION FOR DECLARATORY ORDER", FINDING OF LAW.

IT IS IMPERATIVE THAT I HAVE A LEGAL DETERMINATION OF THE FOLLOWING QUESTION ANSWERED SO THAT I NOT BE FOUND TO VIOLATE A U.S. LAW INADVERTANTLY.

A SELF ADDRESSED STAMPED ENVELOPE IS INCLUDED TO AID YOUR RESPONSE.

QUESTION:

DOES A STATE OF FLORIDA LICENSED ATTORNEY HAVE PERMISSION (LICENSE) TO ACT AS AN 'ATTORNEY AT LAW' ON LAND THAT IS NOT EVIDENCED AS LAND OF THE STATE* OF FLORIDA?

IF NO WHO CAN I REPORT HER TO?

*STATE DEFINED AS - "POSSESSION OR TERRITORY OF THE UNITED STATES."

7-8-2015   Paul John Hansen
PAUL JOHN HANSEN
BOX 7129, MILTON, FL 32572

VERIFIABLE PROOF OF MAILING

I HAVE CAUSED THIS PETITION TO BE MAILED TO U.S. DIST. COURT, ONE PALAFOX ST, ROOM 226, PENSACOLA, FL 32502, ON 7-8-2015

Paul John Hansen

D-J-O-L                    3 OF 3

BOX 7127
MILTON, FL 32572

PRIVILEGED

This mail has been
generated by an inmate in
the Santa Rosa County Jail
and has not been censored

CLERK, U.S. DIST. COURT

neopost
07/09/2015
US POSTAGE $00.48

FIRST CLASS MAIL

ZIP 32583
041L11250333

3250256505050