**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS    CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   July 15, 2015
Motion/Pleadings:   PETITION FOR DECLARATORY ORDER (re: juror question)

Filed by   Defendant  *pro se*    on   7/13/2015    Doc.#   222

RESPONSES:

_____  on _____  Doc.# _____
_____  on _____  Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

# *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 17th day of July, 2015, that:
    The relief requested is DENIED as untimely and on the merits.  Defendant was advised that all members of the venire had confirmed their United States citizenship status.

s/ *M. Casey Rodgers*
*M. CASEY RODGERS*
*Chief United States District Judge*