# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                         CASE NO.  3:14cr91/MCR

PAUL JOHN HANSEN

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   July 15, 2015

Motion/Pleadings:   PETITION FOR DECLARATORY ORDER (re: attorney question)

Filed by   Defendant   pro se        on   7/13/2015        Doc.#        223

RESPONSES:

                                        on              Doc.#

                                        on              Doc.#

____  Stipulated     ____  Joint Pldg.
____  Unopposed     ____  Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

## *ORDER*

   *Upon consideration of the foregoing, it is ORDERED this 17th day of July, 2015, that:*

   *The relief requested is DENIED as untimely and on the merits.*

   s/ *M. Casey Rodgers*
   *M. CASEY RODGERS*
   *Chief United States District Judge*