1. AT: U.S. DIST. COURT N. DIST. OF
2. FL, PENSACOLA DIVISION
3.
4. U.S.           /      CASE NO.
5.   -            /      3:14 CR 91 MCR
6. HANSEN         /
7.
8. <u>NOT</u> TO BE USED TO CREATE ANY FORM
9. OF JURISDICTION.
10.
11. <u>PURSUANT TO:</u> ALL APPLICABLE U.S.
12. WRITTEN LAWS, AND U.S. CONST., AND
13. U.S. DIST. COURT RULES. CHRIS KLOTZ
14. IS TO ADD/AID HERE WHERE NEEDED.
15.
16. <u>RE:</u> MOTION TO DISMISS, OR <u>VACATE</u>
17. <u>JUDGEMENT</u> BY THE JURY, AS TO COUNT
18. FIVE, AND OR, COUNT SIX.
19.
20. JUDGE, ADMINISTRATOR, IS TO TAKE
21. <u>JUDICIAL NOTICE</u> OF ALL LAW HEREIN
22. INCORPORATED, AND THE U.S. CONST.,
23. AND 'BILL OF RIGHTS' - ART. 1 TO 10 OF
24. U.S. CONST..
25.
26.
27.        M.V.T.J.        Filed0716'15UsDcFln3AM /017   OF 8


1.) CREATION SCIENCE EVANGELIZIM (CSE), ONLY OPERATED, WITH ITS' MANY PAID WORKERS, ON LAND NOT EVIDENCED AS A POSSESSION OR TERRITORY, OF THE UNITED STATES, WRITTEN LAW OR ITS' GOVERNANCE.

2.) CSE PROPERTY IS HELD IN TRUST INDEPENDANT OF THE UNITED STATES.

3.) CSE TRUST IS THEREFORE OF THE JURISDICTION OF THE LAND, THE PEOPLE, WHERE IT OPERATES, THE <u>COMMON LAW</u> OF THAT LAND.

4.) THE U.S. DIST. COURTS ARE CLEARLY NOT OF THE SAME JURISDICTION, BEING <u>COMMON LAW</u> OF CSE LANDS.

  "PRINCIPLED ADJUDICATION REQUIRES THAT <u>COMMON LAW</u> RULES BE APPLIED EVENHANDEDLY, WHEREAS STATUTES CIVIL-LAW RULES, IN CONTRAST, ARE ENACTED FOR REASONS OR EMPLOY MEANS THAT ARE UNAVAILABLE TO THE <u>COMMON LAW</u> JUDGE AND ARE THE PRODUCT OF, AND DERIVE THEIR LEGITIMACY FROM, A PROCESS BEARING <u>NO</u> RESEMBLANCE TO ADJUDICATION."

2 OF 8

(SEE CITE NEXT PAGE.)  M.V.T.J.

COLON V. HOWARD, 215 F.3d 227, 235-36 (2ND CIR 1999

5.) CSE, AND ITS' TRUSTEES, HAD AT ALL TIMES, AND NOW HAS, IN RIGHT, ITS' LOCAL COMMON LAW FOR ALL DISPUTES, AND DETERMINATION OF FICTION COURT JURISDICTION, CONTRACT JURISDICTION.

"THE COMMON LAW DOCTRINE OF "CORAM NON JUDICE," MEANING "BEFORE A PERSON NOT A JUDGE", ... THAT THE PROCEEDING ... WAS NOT A JUDICIAL PROCEEDING BECAUSE LAWFUL AUTHORITY WAS NOT PRESENT, AND COULD THEREFORE NOT YIELD A JUDGMENT," BURNHAM V. SUPERIOR COURT OF CAL., 495 U.S. 604, 608-609 (1990).

CSE LAND TAKING WAS LACKING 'LAWFUL AUTHORITY.' ALSO THE INJUNCTION ASSOCIATED WITH COUNT FIVE (5) DOES NOT REACH TO ACTS DONE BY HANSEN DONE ON LAND NOT OWNED BY "The United States of America". SEE PAGE 6, LINE 1 TO 27.

M.V.T.J.                                    3 OF 8

6.) NO U.S. DIST. COURT ADMINISTRATOR HAS AUTHORITY TO ADMINESTRATE THE PROPERTY <u>NOT</u> OF, <u>NOT</u> ON, THE U.S., SUCH AS CSE PROPERTY. CSE PROPERTY CAN ONLY BE TAKEN BY "DUE PROCESS," AS <u>LAW COMMON</u> TO THE JURISDICTION OF THE LAND, THE PEOPLE, CSE, AS SO SITUATED.

"... JUDICIAL PROCEEDINGS, WHICH CAN NOT BE VALID UNLESS THEY 'PROCEED UPON INQUIRY', AND 'RENDER JUDGEMENT ONLY AFTER <u>TRIAL</u>.'" <u>HOVEY V. ELLIOTT, 167 U.S. AT 417-18.</u>

7.) CSE WAS NOT SUMMONSED, AS A DEFENDANT, TO U.S. PETITION TO THE TAKING OF THE NINE (9) CSE PROPERTIES TO SATISFY A FORFIETURE CLAIM AGAINST KENT HOVIND.

8.) CSE WAS DENIED OPPORTUNITY, TO CHALLENGE THE U.S. DIST. COURTS ADMINISTRATIVE AUTHORITY, TO TAKE THE SUBJECT NINE CSE PROPERTIES AND GAVE THEM TO THE U.S.A..

M.V,T.J.                                        4 OF 8

9.) AS TO U.S. DIST. COURTS –
"... THE "JUDICIAL POWER" DERIVES FROM THE "ORIGINAL AND <u>SUPREME WILL</u> OF THE PEOPLE". <u>MARBURY V. MADISON, 5 U.S. AT 176-80.</u>

10.) THE "PEOPLE OF AMERICA" NEVER GAVE AUTHORITY TO MRS. ROGERS TO REACH OUTSIDE OF THE U.S. TERRITORIAL JURISDICTION, AS LIMITED BY ARTICLE 1, SECTION 8 (17) OF THE U.S. CONST., TO TAKE CSE NINE PROPERTIES AWAY FROM CSE WITHOUT DUE PROCESS OF THE JURISDICTION OF THE LAND CSE OPERATED ON, THEIR <u>COMMON LAW.</u>
"THESE, IN SHORT, ARE THE LAWS WHICH GAVE RISE AND ORIGINAL TO THAT COLLECTION OF MAXIUMS AND CUSTOMS, WHICH IS NOW KNOWN BY THE NAME OF THE <u>COMMON LAW</u> TO ALL THE REALM, THE 'JUS COMMUNE' OR 'FOLK-RIGHT'..." <u>INTRODUCTION BLACKSTONE 66-67</u>

11.) IT MAY BE FOUND THAT U.S. DIST. COURT ADMINISTRATORS, JUDGES, HAVE NO AUTHORITY TO GOVERN, BY INJUNCTION MY ACTS THAT ONLY OCCURED, OFF LAND, THAT IS NOT OWNED BY "The United States of America." MY LETTER TO THE TITLE COMPANY ATTORNEY IS NOT EVIDENCED AS OCCURING ON ANY U.S. OWNED LAND. THE ESCAMBIAS' COURT CLERKS OFFICE IS ALSO NOT EVIDENCED AS A U.S. TERRITORY OR POSSESSION LAND.

12.) WHEN THE U.S. PROSECUTOR, ENTICED JUDGE ROGERS, TO REACH BEYOND THE TERRITORIAL JURISDICTION OF THE U.S. DIST. COURTS AND ADMINISTRATE THE TAKING OF THE NINE CSE PROPERTIES, SHE, THEY, DID WITHOUT WRITTEN AUTHORITY, THUS WITHOUT LAW, WITHOUT CONSENT, OF THE "SUPREME WILL OF THE PEOPLE" WHO GRANTED THE VERY EXISTANCE OF THE CONFEDERACY, THE U.S., AND ITS' ADMINISTRATIVE OFFICES, COURTS. THIS ACT BY THE USA. PROSECUTOR MAY BE FRAUD ON THE COURT.   M.V.T.J.                6 OF 8

13.) WITHOUT THE SAID UNLAWFUL TAKING OF THE NINE CSE PROPERTIES COUNT FIVE (5), OR COUNT SIX (6) WOULD HAVE NOT MATERIALIZED.

14.) IN ADDITION I WAS DENIED THE OPPORTUNITY TO SPEAK, OR QUESTION MY ACCUSOR WITNESSES DURING THE TRIAL. I WAS DENIED THE OPPORTUNITY TO FORCE THE PLAINTIFF TO EVIDENCE WHAT IT RELYS UPON FOR PERSONAL JURISDICTION AND TERRITORIAL JURISDICTION, THIS WAS, AND IS, DUE ME, WITHOUT IT THE COURT LOOSES SUBJECT MATTER JURISDICTION FOR THE DUE PROCESS VIOLATION ON THE RECORD.

15. ADOLF HITLER SUMMONSED MILLIONS WITHOUT DUE PROCESS, THE BRITISH THE SAME.

WHEREFORE COUNT FIVE (5) AND OR COUNT SIX (6) MUST BE DISMISSED, AND OR THE CHARGES, OR JUDGEMENT MUST BE VACATED, FOR THE ABOVE NOTICED REASONS, AS A MATTER OF LAW, AND FAIRNESS, I ASK FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW.   7 OF 8

\* THE TERM "U.S." IS DEFINED HEREIN AS -
"The United States of America."

8-8-2015 Paul Hansen
PAUL JOHN HANSEN
BOX 7129, MILTON, FL 32572

-- VERIFIABLE PROOF OF MAILING --
I HAVE CAUSED THIS MOTION TO DISMISS, OR VACATE, TO BE MAILED TO U.S. DIST. COURT, ONE NORTH PALAFOX ST. ROOM 226 PENSACOLA, FL 32502, * ON 7-14-2015
* AND KLOTZ LAW FIRM.

Paul John Hansen

CC - U.S. ATTORNEY;
- CHRIS KLOTZ, COUNSEL-HANSEN
- JUDGE ROGERS

KLOTZ IS TO ADD STATUTE TO FORCE JUDGE TO RULE AND GIVE FINDINGS.

M.V.T.J.                               8 OF 8

PAUL JOHN HANSEN
P.O. BOX 7129
MILTON, FL 32572

This mail has been generated by an inmate in the Santa Rosa County Jail and has not been censored.

**PRIVILEGED**

US POSTAGE 07/15/2015 $00.70
FIRST-CLASS MAIL
ZIP 32583
041L11250333

U.S. DIST. COURT
ONE NORTH PALAFOX ST.
ROOM 226
PENSACOLA, FL 32502