# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                             CASE NO.   3:14cr91MCR

PAUL JOHN HANSEN

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  July 17, 2015

Motion/Pleadings:  MOTION TO DISMISS OR VACATE JUDGMENT BY THE JURY, AS TO COUNT FIVE, AND OR, COUNT SIX

Filed by  Defendant Hansen, *pro se*  on   7/17/15   Doc.#   226

RESPONSES:

                                 on              Doc.#

                                 on              Doc.#

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

_s/ Mary Maloy_

LC (1 OR 2)             Deputy Clerk: Mary Maloy

# *ORDER*

     *Upon consideration of the foregoing, it is ORDERED this 17th day of July, 2015, that:*

     *The relief requested is DENIED.*

_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
*Chief United States District Judge*