UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                CASE NO. 3:14cr91/MCR

PAUL JOHN HANSEN

**NOTICE**

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | Arnow Federal Building<br>100 North Palafox Street<br>Pensacola, Florida 32502 |
| Room No: | Courtroom II (2nd Floor) |
| Date: | August 21, 2015 |
| Time: | 2:00 PM |
| Time Allotted: | 2 hours reserved |
| Type of Proceeding: | Sentencing Hearing before the<br>Honorable M. Casey Rodgers, Chief Judge |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

July 24, 2015                                                   s/ *Susan Simms*
DATE                                                              Deputy Clerk: Susan Simms

Copies to:
Honorable M. Casey Rodgers
Tiffany Eggers, AUSA
J. Ryan Love, AUSA
Christopher Klotz, Esquire
US Marshal
US Probation
Court Security

Note:   *Should additional time be needed, please notify the court.